**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-22722-CIV-HUCK/O'SULLIVAN**

EUSEBIA CARDENAS and FRANCISCO
A. MORENO,

Plaintiffs,

v.

ARAGON TOWERS CONDOMINIUM
ASSOCIATION, INC. *et al.*

Defendants.
_______________________________/

**ORDER GRANTING DEFENDANTS' MOTION FOR FINAL SUMMARY JUDGMENT [D.E. #34] AND DENYING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT [D.E. #37]**

This matter is before the Court on Defendants' Motion for Final Summary Judgment, (D.E. #34), filed January 31, 2011, and Plaintiffs' Motion for Partial Summary Judgment, (D.E. #37), filed January 31, 2011. The Court has considered the Motions and the documentary submissions of the parties' related thereto, and heard argument from the parties at the hearing held on February 22, 2011. The Court is duly advised in the premises. For the reasons stated in open court, which the Court adopts by reference in this Order, it is hereby

ORDERED that Defendants' Motion for Final Summary Judgment is GRANTED. It is further

ORDERED that Plaintiffs' Motion for Partial Summary Judgment is DENIED. As stated in open court, the complaint in this case fails to allege a claim for recovery under 29 U.S.C. § 206(f), the section upon which Plaintiffs now rely in their Summary Judgment submissions, and the time for Plaintiffs to amend their complaint has long since passed. Moreover, further amendment would be futile; plaintiffs simply do not qualify as employees in domestic service under 29 U.S.C. § 206(f).

DONE AND ORDERED in Chambers, Miami, Florida, on February 23, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record